

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00189-CV

| | | |
|---|---|---|
| Matlock Realty Enterprise, Inc. | § | From the 348th District Court |
| | § | of Tarrant County (348-270906-14) |
| v. | | |
| | § | February 4, 2016 |
| Crown Financial, LLC | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Matlock Realty Enterprise, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
        Chief Justice Terrie Livingston